Christopher CHALMERS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53335.

Missouri Court of Appeals, Western District.

May 13, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Appeal from the denial of appellant's Rule 24.035 motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).